IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MAURICE M. JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-496-C |
| | ) | |
| OKLAHOMA COUNTY SHERIFF'S DEPARTMENT; ATTORNEY GENERAL OF THE STATE OF OKLAHOMA, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on June 4, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 30th day of June, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge